**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01244-CV

**SYLVIA MEDRANO, Appellant**

**V.**

**DALLAS COUNTY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11193**

## ORDER

Before the Court is appellee's January 16, 2020 unopposed motion for extension of time

to file its brief on the merits. We **GRANT** the motion and extend time to **February 14, 2020**.


/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE